FRANK VIGNOLA v. JO ANN VIGNOLA.

September 25, 1989.

Cross-petition for certification denied.

GEORGE TESTA v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES RETIREMENT SYSTEM.

September 25, 1989.

Petition for certification denied.

ALLEN NADLER, T/A NADLER ASSOCIATES v.
JOSEPH WELSH.

September 26, 1989.

Petition for certification denied.

ANNE M. DERELANKO v. BOARD OF TRUSTEES, PUBLIC
EMPLOYEES' RETIREMENT SYSTEM.

September 26, 1989.

Petition for certification denied.